In Re the Marriage of William J. **BORTKO, Appellant,**

v.

**Kathleen A. BORTKO, Respondent.**

**No. WD 33039.**

Missouri Court of Appeals, Western District.

Jan. 25, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 29, 1983.

Application to Transfer Denied May 31, 1983.

J. Michael Murphy, Liberty, for appellant.

H. William McIntosh of Meise, Cope & Coen, Kansas City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

PER CURIAM:

ORDER

Appeal from judgment in dissolution. Judgment affirmed. Rule 84.16(b).